UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20940-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ERNEST WILSON PHILLIPS, II,

       Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the defendant's Motion to Suppress Evidence Regarding Photographic Identification and In-Court Identification of Ernest Wilson Phillips (DE # 27, 3/7/008) and Defendant Ernest Wilson Phillips' Motion to Suppress Statements (DE# 28, 3/7/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C)(emphasis added).[1]

Having received no response from the government, and a response having been due, it is

ORDERED AND ADJUDGED, that the government shall file a response to

---

[1] Local Rule 88.9(A) provides, in pertinent part, that "[m]otions in criminal cases are subject to the requirements of, and shall comply with, Local Rule 7.1." S.D. Fla. L.R. 88.9(A).

defendant's Motion to Suppress Evidence Regarding Photographic Identification and In-Court Identification of Ernest Wilson Phillips (DE # 27, 3/7/008) and Defendant Ernest Wilson Phillips' Motion to Suppress Statements (DE# 28, 3/7/08) on or before **Tuesday, April 1, 2008**.  The failure to file a response may result in a recommendation that the aforementioned motions be granted in their entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **25th** day of March, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record